IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

In Re:                                        )
    Jimmie Edward Main          )
    Alisa Marie Main             )
                                              )    Case No.  10-30049JWV-7

**MOTION TO TRANSFER FUNDS TO COURT REGISTRY**

    COMES NOW Patricia A. Brown, Trustee in Bankruptcy for Jimmie Edward and Alisa Marie Main, files this Motion to Transfer Funds to Court Registry.  In support there of the Trustee states:

    1.  Patricia A. Brown is the duly acting and qualified Trustee of this bankruptcy estate.

    2.  The Trustee made her final distribution in the above- referenced bankruptcy estate pursuant to the Court's Order Approving her Final Report entered on June 30, 2011.

    3.  Dividend checks were issued on July 1, 2011 with a 2nd distribution on August 1, 2011 and forwarded to claimants.

    4.  The Trustee has funds for the creditor Wells Fargo Education Financial Services in the amount of $12.84.  The Trustee sent check # 123 dated August 1, 2011, to Wells Fargo Educational Financial Services , 301 E. 58th Street North, Sioux Falls, SE 57104.  This check has been returned with a letter stating that their loan was sold.   Wells Fargo Education Financial Services did not provide the information of who purchased their loan and  the Trustee has been unable to find who these funds should be forwarded to.  These funds  remain in the bankruptcy estate account.

    Based on the forgoing, the Trustee requests that the Court enter an Order to pay the funds into the Court's registry, and for such other and further relief as this Court deems just and proper.

    /s/ Patricia A. Brown
    Patricia A. Brown, Trustee
    1857 W. Dogwood Drive
    Joplin, Missouri 64801
    417-206-8358

**CERTIFICATE OF SERVICE**

    A copy of the above and foregoing was serviced by mailing copies first class, postage prepaid and/ or by electronic notice on August 10, 2011, to debtor (s), debtor's attorney, the United States Trustee and interested parties requesting notice.

    /s/ Patricia A. Brown, Trustee